No. 79–6584.  IN RE TRAPP ET AL., 456 U. S. 967;

No. 81–155.  BOARD OF TRUSTEES OF INSTITUTIONS OF HIGHER EDUCATION ET AL. *v.* MISSISSIPPI COUNCIL ON HUMAN RELATIONS ET AL., 456 U. S. 971;

No. 81–1796.  COWARD *v.* UNITED STATES, 456 U. S. 946;

No. 81–1814.  LAKE CARRIERS' ASSN. ET AL. *v.* KELLEY, ATTORNEY GENERAL OF MICHIGAN, ET AL., 456 U. S. 985;

No. 81–5379.  SIRECI *v.* FLORIDA, 456 U. S. 984;

No. 81–5562.  GILREATH *v.* GEORGIA, 456 U. S. 984;

No. 81–5944.  MESSER *v.* FLORIDA, 456 U. S. 984;

No. 81–6285.  MATHIS *v.* UNITED STATES, 456 U. S. 992;

No. 81–6371.  WADE *v.* UNITED STATES, 456 U. S. 934;

No. 81–6393.  AHMED *v.* EIKERENKOETTER, 456 U. S. 979;

No. 81–6440.  PASCHAL *v.* FLORIDA DEPARTMENT OF LABOR AND EMPLOYMENT SECURITY, DIVISION OF EMPLOYMENT SECURITY, ET AL., 456 U. S. 981;

No. 81–6466.  WRIGHT *v.* LEIGHTON, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA, 456 U. S. 992;

No. 81–6482.  CHANEY *v.* WARDEN, MARYLAND PENITENTIARY, 456 U. S. 993;

No. 81–6495.  THOMPSON *v.* MORROW ET AL., 456 U. S. 993;

No. 81–6564.  COOK *v.* UNITED STATES, 456 U. S. 982;

No. 81–6599.  MONTGOMERY *v.* UNITED STATES, 456 U. S. 994; and

No. 81–6667.  CAMPBELL *v.* CIVILETTI ET AL., 457 U. S. 1110.  Petitions for rehearing denied.

No. 80–1765.  AMERICAN SOCIETY OF MECHANICAL ENGINEERS, INC. *v.* HYDROLEVEL CORP., 456 U. S. 556.  Motion of American Association of Engineering Societies, Inc., for leave to file a brief as *amicus curiae* denied.  Petition for rehearing denied.